**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| Jacqueline HINES, o/b/o<br>Michael LIVINGSTON,<br><br>      **Plaintiff,**<br><br>v.<br><br>Michael J. ASTRUE, *Commissioner of Social Security*,<br><br>      **Defendant.** | CIVIL ACTION NO. 5:03-CV-382 (MTT) |

## ORDER

This matter is before the Court on the Recommendation to Remand (the "Recommendation") of United States Magistrate Judge Charles H. Weigle. (Doc. 23). On August 26, 2004, this action for Child's Supplemental Security Income was remanded to the Appeals Council because then-Commissioner of Social Security Jo Anne B. Barnhart was unable to produce a complete administrative record. On remand, the Appeals Council vacated the Administrative Law Judge's decision that the Claimant was not disabled, but, after a second hearing, the ALJ again determined that the Claimant was not disabled. On August 4, 2008, Commissioner Michael J. Astrue's Motion to Reopen the Case was granted.

The Magistrate Judge recommends remanding to the Commissioner because the ALJ did not properly consider the impact of a "structured setting" upon the Claimant's ability to function as required by 20 C.F.R. § 416.924a(b)(5)(iv)(C). The Commissioner did not file an objection to the Recommendation. The Court has reviewed the

Recommendation, and the Recommendation is adopted and made the order of this Court. The action is **REMANDED** to the Commissioner for further administrative action.

**SO ORDERED**, this the 1st day of June, 2011.

S/ Marc T. Treadwell  
MARC T. TREADWELL, JUDGE  
UNITED STATES DISTRICT COURT